826

No. 84–1960. WELCKER v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–1961. WOLF ET UX. v. RICHMOND COUNTY HOSPITAL AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 84–1962. JOHNSON v. TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1963. R. O. GIVENS SIGNS, INC. v. TOWN OF NAGS HEAD ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1964. TERRY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 84–1965. CHRISTIAN v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 84–1967. INDEPENDENT NEWS, INC., ET AL. v. BANK OF OREGON ET AL. Sup. Ct. Ore. Certiorari denied.

No. 84–1975. CASTALDI v. UNITED STATES; and
No. 84–1982. TUFARO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 762 F. 2d 991.

No. 84–1977. BERKIC v. CRICHTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1983. TSAI v. LI ET UX. Ct. App. D. C. Certiorari denied.

No. 84–1984. GROVE ET AL. v. MEAD SCHOOL DISTRICT No. 354 ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1985. CITY OF EUCLID, OHIO v. MABEL ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84–1986. FINE ET AL. v. BELLEFONTE UNDERWRITERS INSURANCE CO. C. A. 2d Cir. Certiorari denied.